JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH A. JONES, | ) | Case No. CV 10-4204-MLG |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that judgment be entered in favor of Plaintiff and that the matter be remanded for an award of benefits.

DATED:   February 25, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge